NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

IRA PARKER,                            )
                                       )
            Appellant,                 )
                                       )
v.                                     )        Case No. 2D18-412
                                       )
STATE OF FLORIDA,                      )
                                       )
            Appellee.                  )
_____)

Opinion filed July 6, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pasco County; Susan G. Barthle,
Judge.

Ira Parker, pro se.


PER CURIAM.

            Affirmed.



CASANUEVA, LUCAS, and BADALAMENTI, JJ., Concur.